No. 47806.—Protest 894055–G of Butler Bros. (Los Angeles).

Opinion by TILSON, J. In accordance with stipulation of counsel the antimony articles in question were held dutiable as household utensils, not plated, at 40 percent under paragraph 339 as claimed. It was further stipulated that certain of the merchandise in question consists of metal animal figures, chains, and mechanical pencils similar to those involved in *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20). In accordance therewith the metal figures and chains were held dutiable as household utensils at 40 percent under paragraph 339, and the pencils were held dutiable under paragraph 1550, at the same rates as those imposed by the collector.

No. 47807.—Protests 88757–K, etc., of Miller Bros. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel that the mufflers in question are the same in all material respects as those involved in Abstract 46910 the protests were sustained to that extent.

No. 47808.—Protests 879671–G, etc., of Morris Shoenthal, Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of Abstract 47291 the hats in question were held dutiable as in chief value of ramie, not blocked or trimmed, not bleached, dyed, colored, or stained, at only 25 percent ad valorem under paragraph 1504 (b) (1) as claimed.

No. 47809.—Protests 887136–G, etc., of Allied Stores Corp. et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, DECEMBER 17, 1942

No. 47810.—Petition 6165–R of S. H. Kress & 'Co. (Seattle).

Opinion by TILSON, J. The petition was dismissed.